UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

SHANNON LURIE,

    Plaintiff,

vs.

TWINSPLACE LLC d/b/a BLUE JEAN
BLUES, JERRY FOGT, DENISE FOGT,
DIANE FOGT, and DIANE BROWN,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, TWINSPLACE LLC d/b/a BLUE JEAN BLUES, JERRY FOGT, DENISE FOGT, DIANE FOGT, and DIANE BROWN, pursuant to 28 U.S.C. § 1441, hereby remove to this Court the cause of action currently pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Palm Beach County, Florida styled *Shannon Lurie v. Twinsplace LLC d/b/a Blue Jean Blues, et al.,* Case No. CACE 16017328, and say:

### Introduction

1.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331.

2.     This action was commenced in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, when Plaintiff filed his Complaint. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

3.     Defendant Twinsplace, LLC d/b/a Blue Jean Blues was served on October 4, 2016. A true and correct copy of the summons served upon Defendant is attached hereto as Composite Exhibit "B."

4.     All Defendants in this matter consent to the removal of this action.

### Jurisdiction is Proper Because Plaintiff's Action Arises
### Under the Laws of the United States

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint purports to state a claim for violation of the Fair Labor Standards Act (29 U.S.C. §301, et seq.). Accordingly, Plaintiff's Complaint clearly arises under the laws of the United States.

### Procedural Requirements

6. This notice of removal is being filed with this Court within 30 days after Defendants' receipt of the initial complaint. *See* 28 U.S.C. § 1446(b).

7. A copy of this notice of removal is being filed with the state court where this action is pending and notice hereof is being given to all adverse parties "promptly after" the filing of the notice in this Court. *See* 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibits "A" and "B" and Composite Exhibit "C" are true and legible copies of the following process, pleadings, orders, and other papers or exhibits of every kind currently on file in the state court action:

   a. Civil Cover Sheet;
   b. Complaint and Demand for Jury Trial;
   c. Summons directed to Defendant Twinsplace LLC;
   d. Summons directed to Defendant Jerry Fogt;
   e. Summons directed to Defendant Denise Fogt;
   f. Summons directed to Defendant Diane Fogt;
   g. Summons directed to Defendant Diane Brown;
   h. Plaintiff's First Request for Admissions to Defendant Twinsplace LLC;
   i. Plaintiff's First Request for Admissions to Defendant Jerry Fogt;
   j. Plaintiff's First Request for Admissions to Defendant Denise Fogt;
   k. Plaintiff's First Request for Admissions to Defendant Diane Fogt;

l. Plaintiff's First Request for Admissions to Defendant Diane Brown;

m. Plaintiff's Notice of Service of First Set of Interrogatories to Defendant Twinsplace LLC;

n. Plaintiff's Notice of Service of First Set of Interrogatories to Defendant Jerry Fogt;

o. Plaintiff's Notice of Service of First Set of Interrogatories to Defendant Denise Fogt;

p. Plaintiff's Notice of Service of First Set of Interrogatories to Defendant Diane Fogt;

q. Plaintiff's Notice of Service of First Set of Interrogatories to Defendant Diane Brown;

r. Plaintiff's First Request for Production of Documents to Defendant Twinsplace LLC;

s. Plaintiff's First Request for Production of Documents to Defendant Jerry Fogt;

t. Plaintiff's First Request for Production of Documents to Defendant Denise Fogt;

u. Plaintiff's First Request for Production of Documents to Defendant Diane Fogt; and

v. Plaintiff's First Request for Production of Documents to Defendant Diane Brown.

WHEREFORE, Defendant respectfully requests that this Court exercise jurisdiction over this matter.

Dated:  October 18, 2016
        Boca Raton, FL

Respectfully submitted,

*/s Daniel R. Levine*
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail:  DRL@PBL-Law.com
Padula Bennardo Levine, LLP
101 Plaza Real South, Suite 207
Boca Raton, FL  33432
Telephone:    (561) 544-8900
Facsimile:    (561) 544-8999
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2016. I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Shannon Lurie v. Twinsplace LLC d/b/a Blue Jean Blues, et al.*
Case No.
United States District Court, Southern District of Florida

| Angelo M. Filippi, Esquire<br>E-Mail:  afilippi@kelleykronenberg.com<br>Kelley Kronenberg<br>8201 Peters Road, Suite 4000<br>Fort Lauderdale, FL  33324<br>Telephone:   (954)<br>Facsimile:   (954)<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:  DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>101 Plaza Real South, Suite 207<br>Boca Raton, FL  33432<br>Telephone:   (561) 544-8900<br>Facsimile:   (561) 544-8999<br>Counsel for Defendants<br>*Via CM/ECF* |
|---|---|